# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: <u>Smith v. Bruns, et al</u>

Inmate: Joseph Thomas Smit

ID: 76280-083

Civil Action No. 3:18-CV-1060

(JUDGE CAPUTO)

## ORDER

On May 22, 2018, the individual listed above, filed the above civil rights complaint, without submitting a certified statement of his institutional account pursuant to the Authorization form which was signed and returned. (Docs. 1-3).

By Administrative Order dated May 22, 2018, the Plaintiff was informed that this case would be dismissed without prejudice unless, within twenty (20) days, he either paid the statutory filing fee of $400.00 or submitted a certified statement of his institutional account pursuant to the Authorization form. (Doc. 6).

More than thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission, nor has he requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

A. RICHARD CAPUTO
United States District Judge

DATE: June 28, 2018

FILED
SCRANTON
JUN 29 2018
PER _____
DEPUTY CLERK